FILED
APR 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREE PRESS,

          Plaintiff,

v.

WARREN COMMUNICATIONS NEWS, INC.,
          Defendant.

Case: 1:08-cv-00623
Assigned To : Friedman, Paul L.
Assign. Date : 4/10/2008
Description: General Civil

## CERTIFICATE REQUIRED BY LCvR 7.1

I, the undersigned, counsel of record for Plaintiff Free Press ("Free Press"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Free Press which have any outstanding securities in the hands of the public:

None

These representations are made in order that Judges of this Court may determine the need for recusal.

*(signature)*

Robert N. Cook (Bar No. 426058)
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-9400 (fax)

April 10, 2008

Attorney of Record for Plaintiff
FREE PRESS

2