AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>07-31-08 at 2:30 p.m. |
| NAME OF SERVER *(PRINT)*<br>Melvin M. Shapiro | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Anthony Serrette, Fulfillment Specialist, authorized to accept. Service was completed at CT Corporation Systems, 1015 15th Street, NW, Washington, DC 20005.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES<br>$165.00 | TOTAL<br>$165.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07-31-08
             Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FREE PRESS,

                Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

WARREN COMMUNICATIONS NEWS, INC.,
                Defendant.

CASE NUMBER:   1:08-cv-00623-PLF

TO: (Name and address of Defendant)

WARREN COMMUNICATIONS NEWS, INC.
2115 Ward Court N.W.,
Washington, D.C. 20037

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert N. Cook
Whitham Curtis Christofferson & Cook, P.C.
11491 Sunset Hills Rd., Suite 340
Reston, VA 20190

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

CLERK

T. Davis

(By) DEPUTY CLERK

DATE 7/14/08