IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREE PRESS,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**WARREN COMMUNICATIONS NEWS, INC.,**<br><br>    **Defendant.** | Case No.  1:08-cv-00623 |

**CONSENT ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT**

Upon consent of the parties, it is hereby stipulated and agreed that the time within which Defendant Warren Communications News, Inc. may answer, move or otherwise respond to the Plaintiff's Complaint is hereby extended by sixty days.

**SO ORDERED, this ____ day of _____, 2008.**

_____
Honorable Paul L. Friedman
Judge, United States District Court
for the District of Columbia

{00141376;v1}

Consented to by the parties and presented by:


*/s/ Robert N. Cook*
Robert N. Cook (Bar No. 426058)
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, VA  20190
Phone: (703) 787-9400
Fax:    (703) 787-9400

*Counsel for Plaintiff*


*/s/ Thomas Curley*
Elizabeth C. Koch (Bar No. 412828)
Thomas Curley (Bar No. 473798)
Levine Sullivan Koch & Schulz, L.L.P.
1050 Seventeenth Street, N.W., Suite 800
Washington, DC  20036

*Counsel for Defendant*

{00141376;v1}